UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY LOU POULIN,

        Plaintiff,                      Case No. 1:12-CV-1353

v.                                         HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 27, 2014, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (Dkt. No.18) recommending that the Commissioner's decision be reversed and the case remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 27, 2014, R&R (Dkt. No. 18) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's decision is **REVERSED** and the matter is **REMANDED** for proceedings consistent with this Court's order.

Dated: March 18, 2014                          /s/ Robert Holmes Bell
                                                          ROBERT HOLMES BELL
                                                          UNITED STATES DISTRICT JUDGE